petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, W. Marvin Smith,* and *A. W. Henderson for the* United States.

No. 1007. FALL *v.* UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Frank J. Hogan, Wilton J. Lambert,* and *Wm. E. Leahy* for petitioner. No appearance for the United States.

No. 1011. LANE *v.* UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. Howard Mc-Caleb, Jr.,* for petitioner. No appearance for the United States.

No. 205. ROSE, COLLECTOR OF INTERNAL REVENUE, *v.* GRANT. On writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. March 2, 1931. Dismissed with costs, on motion of *Solicitor General Thacher* for the petitioner. *Messrs. John M. Slaton* and *Richard H. Wilmer* for respondent.

No. 206. ROSE, COLLECTOR OF INTERNAL REVENUE, *v.* GRANT ET AL. On writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. March 2, 1931. Dismissed with costs, on motion of *Solicitor General Thacher* for the